1   **WO**

2

3

4

5                       IN THE UNITED STATES DISTRICT COURT

6                          FOR THE DISTRICT OF ARIZONA

7

8   United States of America,                )
                                             )   CR07-00988-001-PCT-MEA
9                    Plaintiff,              )
                                             )   **ORDER**
10  vs.                                      )
                                             )
11                                           )
                                             )
12  FARLEY SMITH SR.,                        )
                                             )
13                   Defendant.              )
    _____ )

14

15

16          The defendant appeared in court with counsel. The defendant's probable cause hearing

17  and his  detention hearing were waived by defendant through defense counsel.  The Court

18  finds probable cause to believe the defendant violated the terms of his supervised release as

19  alleged in the petition.

20          IT IS ORDERED that the defendant is detained as flight risk and danger, pending

21  further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

22  is not a flight risk or a danger.

23          DATED this 4th day of August, 2008.

24

25

26  _____
                    Mark E. Aspey
27            United States Magistrate Judge

28