**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Farley Smith Sr.,<br><br>　　　　Defendant. | No.  CR07-00988-001-PCT-MEA<br><br>**ORDER** |

　　　　The defendant appeared in court and admitted to violating the terms of his Supervised Release as alleged in Paragraphs B, C and D of the Petition to Revoke Supervised Release.

　　　　IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

　　　　IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS**.

　　　　IT IS RECOMMENDED that the defendant serve his sentence at FCI-Phoenix.

　　　　IT IS FURTHER ORDERED that Paragraphs A, E and F of the Petition are dismissed.

　　　　DATED this 19th day of August, 2008.

_____
Mark E. Aspey
United States Magistrate Judge